**No. 10-526. Roy Den Hollander, Petitioner v. Copacabana Nightclub, et al.**

562 U.S. 1136, 131 S. Ct. 914, 178 L. Ed. 2d 751, 2011 U.S. LEXIS 351.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 624 F.3d 30.

**No. 10-527. Harold Morales, Petitioner v. Rosanne Campbell, Warden, et al.**

562 U.S. 1136, 131 S. Ct. 914, 178 L. Ed. 2d 751, 2011 U.S. LEXIS 276.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 388 Fed. Appx. 728.

**No. 10-529. Arthur Parra, Sr., et al., Petitioners v. Langdon D. Neal, Chairman of the Chicago Board of Election Commissioners, et al.**

562 U.S. 1137, 131 S. Ct. 914, 178 L. Ed. 2d 751, 2011 U.S. LEXIS 382.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 614 F.3d 635.

**No. 10-539. John A. Modzelewski, Petitioner v. Thomas V. Proch.**

562 U.S. 1137, 131 S. Ct. 918, 178 L. Ed. 2d 751, 2011 U.S. LEXIS 90.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Western District, denied.

Same case below, 605 Pa. 508, 992 A.2d 89.

**No. 10-541. Orly Taitz, Petitioner v. Thomas D. MacDonald, et al.**

562 U.S. 1137, 131 S. Ct. 918, 178 L. Ed. 2d 751, 2011 U.S. LEXIS 491.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 368 Fed. Appx. 949.

**No. 10-549. Jeffrey Holibaugh, Petitioner v. Robb Evans & Associates, LLC.**

562 U.S. 1137, 131 S. Ct. 924, 178 L. Ed. 2d 751, 2011 U.S. LEXIS 147.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 609 F.3d 359.